### SILVERMAN v. PENNSYLVANIA R. CO.

(Circuit Court, S. D. New York.   November 11, 1905.)

ATTORNEY AND CLIENT—SUBSTITUTION OF ATTORNEYS—CONDITIONS OF ALLOWANCE.

A party has an absolute right to change his attorney at any time, and while the court may, in its discretion, compel him to pay for services rendered as a condition of substitution, it will not do so where the case was taken on a contract for a contingent fee which is of doubtful validity, but will order the substitution and leave the attorney to his remedy by suit.

[Ed. Note.—For cases in point, see vol. 5, Cent. Dig. Attorney and Client, §§ 113, 114.

Compensation of attorney on premature termination of employment, see note to 69 C. C. A. 113.]

On Motion by Plaintiff for an Order Substituting Attorneys.

Morris Kamber, for the motion.

House, Grossman & Vorhaus (Leo R. Brilles, of counsel), opposed.

HOLT, Circuit Judge.   A party has an absolute right to change his attorney at any time.   It is discretionary with the court whether it should compel him to pay for services already rendered, especially in a case taken upon a contingent fee, or whether a substitution should be ordered, leaving the attorney to sue for his fee.   Du Bois v. Mayor (C. C. A.) 134 Fed. 570.   In this case the attorney made a written contract with the plaintiff to conduct this suit upon a contingent fee; "all disbursements to be advanced by" the attorney.   In my opinion, by the law of New York, this contract was void for champerty.   Coughlin v. N. Y., C. & H. R. R. Co., 71 N. Y. 443, 27 Am. Rep. 75; Stedwell v. Hartmann, 74 App. Div. 126, 77 N. Y. Supp. 498.   And see Matter of Fitzsimons, 174 N. Y. 23, 66 N. E. 554; Jeffries v. Mutual Life Ins. Co., 110 U. S. 305, 4 Sup. Ct. 8, 28 L. Ed. 156.   The contract was made in

Philadelphia, and it may be that it was valid by the law of Pennsylvania. But in my opinion the validity of the contract is so doubtful that this court should not order any money to be paid as a condition of substitution, but should leave the attorney to his suit.

The commissioner's report is not confirmed, and an order of substitution is granted.